UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI IN THE SOUTHERN DISTRICT OF MISSISSIPPI.

Zorri N. Rush

V.

3:19-cv-97-CWR-LRA

University of Mississippi Medical Center, Et al

## CIVIL COMPLAINT

### I. PARTIES TO COMPLAINT

A. PLAINTIFF-
Zorri N. Rush
6912 Mount Vernon Rd
Eupora, MS 39744
6627531249
zorrirush@hotmail.com

B. DEFENDANT-
1. University of Mississippi Medical Center
   2500 North State Street
   Jackson, MS 39216
   601-984-1000
2. Richard C. Reid MD
   Grenada Family Medicine
   1300 Sunset Dr Suite F
   Grenada, MS 38901

### II. JURISDICTION

Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Defendants in this case are charged with denying services to an individual with disabilities in violation of the Americans with Disabilities acts.. The amount in controversy exceeds $75,000.

### III. STATEMENT OF CLAIM

Defendant has discharged plaintiff in this case for reasons related to mental health disabilities. The defendants did so in a medical capacity that prevented medical care and disrupted

treatment plans for chronic lifelong health concerns. Defendant admit cause of action (discharge) was related to disabilities.

## IV. RELIEF

A. Issue a summons directing the defendants to appear before the court.
B. Order the defendant to submit a certified copy of the transcript and record, including evidence upon which the findings and decision to discharge patient are based.
C. Grant any further relief as may be just and proper under the circumstances of this case.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Date of signing:** the 4th day of January, 2019

**Signature of Plaintiff** _____

**Printed Name of Plaintiff** _____ Zorri N. Rush _____