# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ZORRI N. RUSH**                                                                    **PLAINTIFF**

**V.**                                               **CAUSE NO. 3:19-CV-97-CWR-LRA**

**UNIVERSITY OF MISSISSIPPI MEDICAL**                   **DEFENDANTS**
**CENTER**, *et al.*

## ORDER

Before the Court is Defendants Richard C. Reid, MD and University of Mississippi Medical Center's Motion to Stay Proceedings Additional Filings by Plaintiff Until Adjudication of Pending Dispositive Motions [33] and Joint Motion for Protective Order [36]. Defendants move this Court to stay any additional filings until the Court rules on pending dispositive motions and to relieve them of responsibility to respond to Plaintiff Zorri N. Rush's Amendment to Add Claims of Violations of the Patient Protection and Affordable Care Act [35]. Rush does not oppose the motion. *See* Docket No. 38.

Having considered the parties' briefings and being otherwise fully advised in the premises, the Court concludes that the defendants' motions should be granted. These proceedings are stayed pending this Court's ruling on the dispositive motions. No further filings will be permitted by either party until this Court has ruled on the pending motions.

**SO ORDERED**, this the 30th day of December, 2019.

                                                                 s/ Carlton W. Reeves
                                                                  UNITED STATES DISTRICT JUDGE